UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY S. GRAHAM,           )  | |
|     Plaintiff,                          ) | |
|                                               ) | |
| vs.                                            )  | 1:11-cv-523-TWP-TAB |
|                                               ) | |
| AARON T. EDWARDS, et al.,   ) | |
|     Defendants.                       ) | |

## ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Defendants' motions to dismiss. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report and any objections, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, Defendants' motions to dismiss [Docket Nos. 9, 14] are granted and Defendants Aaron Edwards, Paul Whitesell, Franklin Jackson, David Counceller, the Indiana State Police, and the Connersville Police Department are dismissed from this case.

Dated:    01/04/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to:

Jon David Baker
BAKER AND BODWELL PC
smchenry@cinergymetro.net

Kirk A. Horn
MANDEL HORN MCGRATH & REYNOLDS, P.C.
khorn@mhmrlaw.com

Wade J. Hornbacher
INDIANA ATTORNEY GENERAL
wade.hornbacher@atg.in.gov

Kyle A. Jones
NORRIS CHOPLIN & SCHROEDER LLP
kjones@ncs-law.com

Michael C. Kendall
KENDALL LAW OFFICE
mckatlaw@aol.com

Cory Christian Voight
INDIANA OFFICE OF THE ATTORNEY GENERAL
cory.voight@atg.in.gov